IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

THERESA ANN BRACK, #10305078      §

VS.      §      CIVIL ACTION NO. 5:04cv197
         CRIM. NO. 5:02cr20

UNITED STATES OF AMERICA      §

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court referred the above-entitled and numbered civil action to United States

Magistrate Judge Caroline M. Craven.  The Magistrate Judge presented for consideration the

Magistrate Judge's Report, containing proposed findings of fact and recommendations for

disposition of this case.

Petitioner filed objections to the Report.  This Court made a *de novo* review of

Petitioner's objections and determined that they lack merit.

This Court finds that the Magistrate Judge's findings and conclusions are correct, and

adopts them as the Court's findings and conclusions.  The Court therefore

**ORDERS** that Respondent's motions to dismiss (dkt.##6 and 9) are **GRANTED**;

**ORDERS**, **ADJUDGES,** and **DECREES** that this action is **DISMISSED WITH**

**PREJUDICE**; and

**ORDERS** that all motions not previously ruled on are denied.

    **SIGNED this 6th day of October, 2005.**


                         DAVID FOLSOM
                         UNITED STATES DISTRICT JUDGE